UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| ARLINE C. LAVERGNE | LAFAYETE DIVISION |
|---|---|
| VERSUS | MAGISTRATE _____; JUDGE |
| STANLEY JAY HATCHER, ET AL | CIVIL DOCKET NUMBER: |

**COMPLAINT FOR DAMAGES**

    Plaintiff, Arline C. Lavergne, a resident of the lawful age of majority of the State of Louisiana, respectfully represents:

I. Made Defendants herein are:

    a. Stanley Jay Hatcher;
    b. Alfa Insurance Corporation;
    c. JLP Hotshot Service, Inc.;
    d. Larry James Patin;
    e. Ace Transportation Company, LLC;
    f. Ace American Insurance Company;
    g. Vision Logistics Holding Corporation;
    h. National Union Fire Insurance Company of Pittsburgh, PA; and
    i. Zurich American Insurance Company.

II. This Court has jurisdiction over this matter due to diversity of citizenship of the parties and the value of this matter exceeds the minimum jurisdictional amount of this Court.

III. Venue is proper as one of the parties resides in this judicial district.

IV. Defendants are indebted jointly, severally and *in solido*, unto Plaintiffs for an amount reasonable in the premises and all costs of these proceedings, plus legal interest from the date of judicial demand until paid.

V. Defendants are liable unto Plaintiff, *in solido*, in the full sum and amount of damages as are reasonable in the premises to be proven at the trial on the merits of this matter, until paid and for all cost of these proceedings for the reasons outlined as follows herein.

VI. On or about August 18, 2010, Defendant, Stanley Jay Hatcher (hereinafter referred to as "Tortfeasor"), operated his own motor vehicle on US Highway 90 (hereinafter referred to as "the roadway") in Mobile, Alabama.

VII. At all relevant times herein, Plaintiff was operating a truck, with permission of Larry James Patin (hereinafter referred to as "Owner"), in the course and scope of employment with Ace

|      |                                                                                                                                                                                                            |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | Transportation, LLC (hereinafter referred to as "Employer") on the roadway, when Tortfeasor's vehicle struck the vehicle driven and occupied by Plaintiff causing Plaintiffs' injuries and damages. |
| VIII. | Plaintiff was totally free from any fault whatsoever in causing or contributing to the crash. |
| IX.  | Upon information and belief and at all times relevant herein, the aforementioned accident and/or collision were caused totally, solely and/or concurrently through the negligence and/or fault of the Defendants in the following non-exclusive particulars, to-wit: |

      a.      Operating a motor vehicle in an unsafe manner;

      b.      Inattentiveness;

      c.      Failure to maintain a proper lookout;

      d.      Careless operation of a motor vehicle;

      e.      Failure to discharge any and all duties owed to a person in the capacity of Plaintiffs; and

      f.      Violations of laws, statutes and/or regulations designed for the safety of the motoring public and/or their motor vehicles.

X.      Plaintiff itemizes past, present and future damages to include but not be limited to the following:

      a.      Medical Expenses;

      b.      Loss of earnings and impaired earning capacity;

      c.      Physical pain and suffering;

      d.      Humiliation;

      e.      Shame;

      f.      Embarrassment;

      g.      Isolation;

      h.      Despair;

      i.      Loss of Mobility;

      j.      Mental distress, worry and anxiety;

      k.      Emotional trauma and insecurity;

      l.      Permanent disability and inconvenience;

      m.      Scarring and disfigurement;

        n.        Loss of enjoyment of life;

        o.        Punitive and Exemplary Damages;

        p.        Attorney's Fees;

        q.        Legal interest from the date of judicial demand; and

        r.        All costs of court and expenses incurred in the prosecution of this litigation.

XI.        At all times mentioned herein, National Union Fire Insurance Company of Pittsburgh, PA issued a policy of insurance to Vision Logistics Holding Corporation that was in full force and effect and extended coverage to the vehicle, driven with permission by Owner and provided insurance coverage for the collision forming the subject matter of this litigation that occurred on the date of the subject incident, and to the injuries and damages sustained by the Plaintiffs herein.

XII.        At all times mentioned herein, Zurich American Insurance Company issued a policy of insurance to Vision Logistics Holding Corporation, that was in full force and effect and extended coverage to the vehicle, driven with permission by Owner and provided insurance coverage for the collision forming the subject matter of this litigation that occurred on the date of the subject incident, and to the injuries and damages sustained by the Plaintiff herein.

XIII.        At all times mentioned herein, Alfa Insurance Corporation issued a policy of insurance to Stanley Jay Hatcher that was in full force and effect and extended coverage to the vehicle, driven with permission by Owner and provided insurance coverage for the collision forming the subject matter of this litigation that occurred on the date of the subject incident, and to the injuries and damages sustained by the Plaintiff herein.

XIV.        At all times mentioned herein, Ace American Insurance Company issued a policy of insurance to Employer that was in full force and effect and extended coverage to the vehicle, driven with permission by Owner and provided insurance coverage for the collision forming the subject matter of this litigation that occurred on the date of the subject incident, and to the injuries and damages sustained by the Plaintiff herein.

XV. Upon information and belief and at all times relevant herein, Zurich American Insurance Company issued one or more policies of uninsured motorist insurance coverage to Plaintiff that were in effect and provided insurance coverage to Employer that was in full force and effect on the vehicle owned by Larry Patin and operated by Plaintiff for the injuries and damages suffered by Plaintiffs.

XVI. Plaintiffs are entitled to and hereby request that Defendants produce for inspection, the original or a certified copy of <u>all insurance policies</u> which were issued and arguably provide coverage for accident and damages complained of herein, said policy(ies) to be produced within thirty (30) days to D. Patrick Daniel, Jr., LLC, Counsel For Plaintiffs.

XVII. Plaintiff prays that:

    a. Defendants be duly summoned and served with a copy of this Complaint For Damages;

    b. After all legal delays and due proceedings be had, there be judgment rendered herein in favor of Plaintiff and against Defendants, jointly, severally and *in solido*, in the full and true sum of an amount reasonable in the premises, maintenance, cure, punitive damages, attorneys' fees, plus legal interest thereon from the date of incident until paid, all costs of these proceedings and all other equitable and just relief;

    c. Plaintiff be given Notice of Judgment, Trial and all steps and action taken in this litigation under Federal Rules of Civil Procedure.

Respectfully submitted:
**Law Offices of D. Patrick Daniel, Jr., LLC**

_____
D. PATRICK DANIEL, JR., T.A. No. 27753
900 South College Road, Suite 202 (70503)
Post Office Drawer 51709
Lafayette, Louisiana 70505-1709
Telephone:	337.232.7516
Telefax:	337.261.9589
Email:	patrick@dpdlawfirm.com
**ATTORNEY FOR PLAINTIFF**

**PLEASE SERVE:**
**Stanley Jay Hatcher**
12150 Turkey Farm Road
Grand Bay, Alabama 36541

**Alfa Insurance Corporation**
through its registered agent for service of process:
2108 East South Boulevard
Montgomery, Alabama 36116

**JLP Hotshot Service, Inc.**
through its registered agent for service of process:
Larry James Patin
1034 Hilda Street
Breaux Bridge, Louisiana 70517

**Larry James Patin**
1034 Hilda Street
Breaux Bridge, Louisiana 70517

**Ace American Insurance Company**
through its registered agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Ace Transportation Company, LLC**
through its registered agent for service of process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

**Vision Logistics Holding Corporation**
through its registered agent for service of process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

**National Union Fire Insurance Company of Pittsburgh, PA**
through its registered agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Zurich American Insurance Company**
through its registered agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809