RECEIVED

JUL 1 3 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| ARLINE C. LAVERGNE | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA LAFAYETE DIVISION |
|---|---|
| VERSUS | JUDGE DOHERTY; MAGISTRATE HANNA |
| STANLEY JAY HATCHER, ET AL | CIVIL DOCKET NUMBER: 11-CV-0898 |

## ORDER

Considering the foregoing Motion To Dismiss:

IT IS ORDERED that Defendant, JLP Hotshot Service, Inc., is dismissed, without prejudice, with Plaintiff specifically reserving his rights against any and all other parties to this litigation.

Signed in Lafayette, Louisiana on July 13, 2011.

_____
HONORABLE JUDGE