UNITED STATES DISTRICT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ARLINE C. LAVERGNE | DOCKET NO. 6:11-cv-00898 |
| VERSUS | JUDGE DOHERTY |
| STANLEY JAY HATCHER, ET AL | MAGISTRATE HANNA |

*************************************************************************

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

**NOW INTO COURT**, through undersigned counsel, come and appear Defendants, Ace Transportation LLC (incorrectly listed as Ace Transportation Company, LLC), Ace American Insurance Company, Vision Logistics Holding Corp., and Zurich American Insurance Company, who move this Court for a dismissal of the Complaint filed on behalf of Plaintiff, Arline C. Lavergne, because this Court does not have subject matter jurisdiction; all on the grounds set forth in the accompanying Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1).

Respectfully submitted,

**SCOFIELD & RIVERA, L.L.C**

BY: *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD - #19147**
    **JAMES T. RIVERA - #23913**
    100 E. Vermilion, Suite 301
    Post Office Box 4422
    Lafayette, Louisiana 70502
    (337) 235-5353
**ATTORNEYS FOR** Ace Transportation LLC (incorrectly listed as Ace Transportation Company, LLC), Ace American Insurance Company, Vision Logistics Holding Corp., and Zurich American Insurance Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has this date been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the court's electronic filing system.

Lafayette, Louisiana, this 29th day of August, 2011.

                                *s/Bryan D. Scofield*
                                **BRYAN D. SCOFIELD - #19147**