UNITED STATES DISTRICT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ARLINE C. LAVERGNE | DOCKET NO. 6:11-cv-00898 |
| VERSUS | JUDGE DOHERTY |
| STANLEY JAY HATCHER, ET AL | MAGISTRATE HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

Plaintiff, Arline Lavergne, filed suit against a number of Defendants claiming that this Court enjoys subject matter jurisdiction based upon "diversity of citizenship of the parties and the value of this matter exceeds the minimum jurisdictional amount of this Court."[1] One Defendant named in Plaintiff's Complaint includes Vision Logistics Holding Corp.

Plaintiff's Complaint should be dismissed. As set forth in the record attached as **EXHIBIT A** from the Louisiana Secretary of State, Vision Logistics Holding Corp. is a Delaware corporation with its principal business office in Baton Rouge, Louisiana. According to Plaintiff's Complaint, Arline Lavergne is "a resident of the lawful age of majority of the State of Louisiana. . . ."[2] Thus, complete diversity does not exist.

When defendants challenge subject matter jurisdiction, the plaintiff, as the party asserting the existence of subject matter jurisdiction, must bear the burden of establishing jurisdiction.[3] With

---

[1] See paragraphs I and II of Plaintiff's Complaint for Damages.

[2] See opening paragraph of Plaintiff's Complaint for Damages.

[3] See *Thomson v. Gaskill*, 315 U.S. 442, 62 S.Ct. 673 (1942); and *Lujan v. Defenders of Wildlife*, 504 U.S. 551, 561; 112 S.Ct. 2130, 2136 (1992).

respect to diversity jurisdiction, Plaintiff must demonstrate complete diversity of citizenship[4] and a claim that in good faith exceeds $75,000.00, exclusive of interest and costs.[5]

Defendants challenge the diversity jurisdiction of this Court on facially and substantive bases. In connection with Defendants' facial challenge, Plaintiff is required to formally aver the basis for jurisdiction in Federal Court, and if he fails to do so, the pleading can be dismissed.[6] In this case, Plaintiff's Complaint alleges, in a conclusory manner, that diversity jurisdiction exists, but fails to affirmatively set forth the citizenship of each party. Accordingly, the Complaint should be dismissed.

With respect to the substantive challenge, 28 U.S.C. §1332(c)(1) provides that, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated <u>and of any State where it has its principal place of business</u>. . . ." (Emphasis added) The record attached as Exhibit A from the Louisiana Secretary of State establishes that Vision Logistics Holding Corp.'s principal business office is in Baton Rouge, Louisiana. Since Plaintiff is also a resident of Louisiana, complete diversity does not exist.

For these reasons, Defendants herein respectfully pray for a dismissal of Plaintiffs' Complaint based upon lack of subject matter jurisdiction.

---

[4] See 28 U.S.C. §1332(a); and *City of Indianapolis v. Chase National Bank*, 314 U.S. 63, 62 S.Ct. 15 (1941).

[5] See 28 U.S.C. §1332(a).

[6] See *Valentin v. Hospital Bella Vista*, 254 F.3d 358, 363-64 (1st Cir. 2001).

Respectfully submitted,

**SCOFIELD & RIVERA, L.L.C**

BY: *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD - #19147**
    **JAMES T. RIVERA - #23913**
    100 E. Vermilion, Suite 301
    Post Office Box 4422
    Lafayette, Louisiana 70502
    (337) 235-5353
**ATTORNEYS FOR** Ace Transportation LLC (incorrectly listed as Ace Transportation Company, LLC), Ace American Insurance Company, Vision Logistics Holding Corp., and Zurich American Insurance Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has this date been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the court's electronic filing system.

Lafayette, Louisiana, this 29th day of August, 2011.

    *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD - #19147**