| **Tom Schedler**<br>Secretary of State | **State of Louisiana**<br>Secretary of State | **COMMERCIAL DIVISION**<br>**225.925.4704** |
|---|---|---|



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

---

| Name | Type | City | Status |
|---|---|---|---|
| VISION LOGISTICS HOLDING CORP. | Business Corporation (Non-Louisiana) | WILMINGTON | Inactive |

**Business:** VISION LOGISTICS HOLDING CORP.
**Charter Number:** 40007724 F
**Registration Date:** 9/15/2009
**State Of Origin:**
**Domicile Address**
  C/O CORPORATION SERVICE COMPANY
  2711 CENTERVILLE ROAD
  WILMINGTON, DE 19808
**Mailing Address**
  320 PARK AVENUE
  SUITE 2500
  NEW YORK, NY 10022
**Principal Business Office**
  320 SOMERULOS ST
  BATON ROUGE, LA 708026129
**Registered Office in Louisiana**
  320 SOMERULOS ST
  BATON ROUGE, LA 708026129
**Principal Business Establishment in Louisiana**
  320 SOMERULOS ST
  BATON ROUGE, LA 708026129

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **Qualified:** | 9/15/2009 |
| **Last Report Filed:** | N/A |
| **Type:** | Business Corporation (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CORPORATION SERVICE COMPANY |
| **Address 1:** | 320 SOMERULOS ST. |
| **City, State, Zip:** | BATON ROUGE, LA 70802-6129 |
| **Appointment Date:** | 9/14/2009 |

**EXHIBIT**
A

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | THOMAS D. PERDUE |