**RECEIVED**

SEP - 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| ARLINE C. LAVERGNE | CIVIL ACTION |
|---|---|
| VERSUS | NO. 6:11-CV-00898-RFD-PJH |
| STANLEY JAY HATCHER, ET AL. | JUDGE REBECCA F. DOHERTY |

## ORDER

THE COURT, having considered the Joint Motion to Dismiss filed on behalf of Plaintiff, Arline C. Lavergne, and Defendant, National Union Insurance Company of Pittsburgh, PA, which specifically preserves all rights Plaintiff has and/or may have adverse to other parties and/or potential parties, finds the pleading to be in the interests of justice; therefore,

IT IS ORDERED that the Joint Motion to Dismiss be and is hereby GRANTED.

IT IS FURTHER ORDERED that all claims that Plaintiff has or may have adverse to National Union Fire Insurance Co. of Pittsburgh, PA be and are hereby DISMISSED, WITHOUT PREJUDICE, reserving unto Plaintiff all other rights and/or remedies that has or may have.

Lafayette, Louisiana, this _8_ day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

4847-9132-4170.1