| | |
|---|---|
| ARLINE C. LAVERGNE | UNITED STATES DISTRICT COURT |
| VERSUS | WESTERN DISTRICT OF LOUISIANA |
| STANLEY JAY HATCHER, ET AL | CIVIL NUMBER: 11-00898; DOHERTY/HANNA |

## JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiff and Defendants submit the following Joint Motion For Voluntary Dismissal dismissing this suit, with consent of all parties, without prejudice against all Defendants subject to refiling in a court of competent jurisdiction and venue.

Respectfully:
**THE DANIEL LAW FIRM**

PATRICK DANIEL, T.A. No. 27753
900 South College Road, Suite 202 (70503)
Post Office Drawer 51709
Lafayette, Louisiana 70505-1709
Telephone:   337.232.7516
Telefax:       337.261.9589
Email:          patrick@dpdlawfirm.com

**TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.**

 s/William H. L. Kaufman
William H. L. Kaufman, #29929
L. Adam Thames, #32722
Taylor, Porter, Brooks & Phillips, L.L.P.
Bank One Centre, 8th Floor
451 Florida Street
Baton Rouge, LA  70821
Telephone:  (225) 387-3221
Fax:  (225) 346-8049

SCOFIELD & RIVERA, L.L.C
BY: */s/ Brvan D. Scofield*
BRYAN D. SCOFIELD - #19147
.JAMES T. RIVERA - #23913
100 E. Vermilion, Suite 301
Post Oillce Box 4422
Lafayette, Louisiana 70502
(337) 235-5353

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record from Lafayette, Louisiana on October 3, 2011, in this proceeding by:

|   | Hand Delivery |   | Prepaid U.S./Certified Mail |
|---|---|---|---|
| **X** | Facsimile/Electronic Mail |   | Federal Express/Courier |

PATRICK DANIEL